**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **MICHELLE L. GRAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:25-cv-00008-MRB** |
| **v.** ) | |
| ) | **Judge Michael R. Barrett** |
| **NATIONAL HEALTH INSURANCE** ) | |
| **COMPANY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT ALLSTATE HEALTH SOLUTIONS'**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Allstate Health Solutions, in response to Plaintiff's Complaint, submits that the named entity Allstate Health Solutions is a marketing name for products underwritten by National Health Insurance Company. Allstate Health Solutions is, therefore, not a legal entity and should be dismissed from this action. To the extent necessary, Allstate Health Solutions adopts and incorporates the separately filed Answer by National Health Insurance Company on this same date.

Respectfully submitted this 14th Day of March, 2025.

*/s/Keith S. Anderson*
Keith S. Anderson (Ohio Bar No. 0078537)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue N.
Birmingham, AL 35203
Phone: (205) 521-8000
kanderson@bradley.com
*Counsel for Defendant National Health Insurance*
*Company and on behalf of Allstate Health Solutions*

1

4929-1500-4453.1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed with the Court via the Court's CM/ECF filing system on this 14th day of March, 2025, and served upon the following via electronic mail:

Alissa J. Sammarco
ajs@SammarcoLegal.com
*Counsel for Plaintiff*

Casey J. McElfresh
cmcelfresh@hahnlaw.com
*Counsel for Defendants AETNA Inc. and Meritain Health, Inc.*

  */s/ Keith S. Anderson*
Keith S. Anderson (Ohio Bar No. 0078537)

2

4929-1500-4453.1