UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| MICHELLE L. GRAY, | ) | CASE NO.  1:25-cv-00008 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT AETNA INC.'S ANSWER** |
| NATIONAL HEALTH INSURANCE | ) | **TO COMPLAINT** |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Aetna Inc.[1] ("Aetna") answers the Complaint as follows:

### Jurisdiction and Venue

1.      Aetna states that paragraph 1 of the Complaint contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 1 of the Complaint and therefore, denies the same.

2.      Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 2 of the Complaint and therefore, denies the same.

### The Parties

3.      Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 3 of the Complaint and therefore, denies the same.

---

[1] Defendant Aetna Inc. asserts that it is not a proper party to this dispute, as it is neither (i) named as a party to the contract/policy at issue, and (ii) does not administer services. Rather, Aetna is a holding company and does not engage in the business of insurance.

18505014.1

4.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 4 of the Complaint and therefore, denies the same.

5.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 5 of the Complaint and therefore, denies the same.

6.     Aetna admits the allegations contained in paragraph 6 of the Complaint.

7.     Aetna admits the allegations contained in paragraph 7 of the Complaint that it is a corporation incorporated under the laws of the State of Pennsylvania, with its principal place of business in the State of Connecticut. Aetna denies the allegations contained in paragraph 7 of the Complaint that it is licensed to do business in the State of Ohio.

8.     Aetna denies the allegations contained in paragraph 8 of the Complaint.

9.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 9 of the Complaint and therefore, denies the same.

10.     In response to paragraph 10 of the Complaint, Aetna states that paragraph 10 contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 10 of the Complaint and therefore, denies the same.

11.     Aetna denies the allegations contained in paragraph 11 of the Complaint as stated. Further answering, Aetna states that (i) Defendant Meritain Health, Inc. ("Meritain") is a wholly owned subsidiary of Prodigy Health Group, Inc.; (ii) Prodigy Health Group, Inc. is a wholly owned

subsidiary of Aetna Health Holdings, LLC; and (iii) Aetna Health Holdings, LLC is a wholly owned subsidiary of the named Defendant Aetna.

12.     Aena denies the allegations contained in paragraph 12 of the Complaint as it relates to Aetna and Meritain. Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 12 of the Complaint and therefore, denies the same.

13.     Aetna states that paragraph 13 of the Complaint contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 13 of the Complaint and therefore, denies the same.

## STATEMENT OF FACTS

14.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 14 of the Complaint and therefore, denies the same.

15.     Aetna denies the allegations contained in paragraph 15 of the Complaint as to Aetna and Meritain.  Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 15 of the Complaint and therefore, denies the same.

16.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 16 of the Complaint and therefore, denies the same.

17.     Aetna denies that there was an "application for enrollment into the policy" issued by Aetna or Meritain, because Aetna and Meritain do not issue insurance policies, insure or

3

underwrite the insurance policies, or otherwise determine coverage under any insurance policies. Aetna is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 17 of the Complaint and therefore, denies the same.

18. Aetna denies the allegations contained in paragraph 18 of the Complaint to the extent directed at Aetna or Meritain. Further answering, Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 18 of the Complaint and therefore, denies the same.

19. Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 19 of the Complaint and therefore, denies the same.

20. Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 20 of the Complaint and therefore, denies the same.

21. Aetna denies the allegations contained in paragraph 21 of the Complaint, to the extent that it alleges that the Agents are agents of Aetna or Meritain, or otherwise had authority to act on behalf of them either expressly or impliedly. Aetna further answers that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 21 of the Complaint and therefore, denies the same.

22. Paragraph 22 of the Complaint contains conclusions of law to which no response is required. Further answering, Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 22 of the Complaint and therefore, denies the same.

23.     Aetna denies the allegations contained in paragraph 23 of the Complaint to the extent directed at Aetna or Meritain to the extent that "Defendant National Health Insurance Company" is defined by Plaintiff to include Meritain or Aetna as neither Meritain nor Aetna is a party to any contract with Plaintiff, including the purported contract attached as Exhibit 1 to the Complaint. Further answering, Aetna is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 23 of the Complaint and therefore, denies the same.

24.     Aetna denies the allegations contain in paragraph 24 of the Complaint, to the extent that "Defendant National Health Insurance Company" is defined by Plaintiff to include Meritain or Aetna as neither Meritain nor Aetna is a party to any contract with Plaintiff, including the purported Short Term Medical Certificate (the "Plan") attached as Exhibit 1 to the Complaint. Further answering, Aetna refers to the Plan for its terms and denies all allegations inconsistent therein. Further answering, Aetna is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 24 of the Complaint and therefore, denies the same.

25.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 25 of the Complaint and therefore, denies the same.

26.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 26 of the Complaint and therefore, denies the same.

27.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 27 of the Complaint and

18505014.1

therefore, denies the same.

28.     Aetna denies the allegations contained in paragraph 28 of the Complaint as to Aetna and Meritain, because neither Aetna nor Meritain are parties to the insurance policy, are not insurers, do not determine coverage, and do not insure and/or underwrite the plan. Further answering, Aetna is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 28 of the Complaint and therefore, denies the same.

29.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 29 of the Complaint and therefore, denies the same.

30.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 30 of the Complaint and therefore, denies the same.

31.     Aetna denies the allegations contained in paragraph 31 of the Complaint.

32.     In response to paragraph 32, Aetna refers to the Plan for its terms, and denies all allegations inconsistent with the terms the Plan and/or the applicable insurance policy.

33.     In response to paragraph 33, Aetna refers to the Plan for its terms, and denies all allegations inconsistent with the terms of the Plan and/or the applicable insurance policy.

34.     Aetna denies the allegations contained in paragraph 34 of the Complaint.

35.     In response to paragraph 35, Aetna refers to the Plan for its terms, and denies all allegations inconsistent with the terms of the Plan and/or the applicable insurance policy.

36.     Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the allegations contained in paragraph 36 of the Complaint and

18505014.1

therefore, denies the same.

37.     In response to paragraph 37, Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 37 of the Complaint and therefore, denies the same.

38.     Aetna denies the allegations contained in paragraph 38 of the Complaint as it pertains to Aetna and Meritain. Aetna states that it is without information or knowledge sufficient to form a belief as to the truth or the falsity of the remaining allegations contained in paragraph 38 of the Complaint and therefore, denies the same.

39.     Aetna denies the allegations contained in paragraph 39 of the Complaint.

40.     Aetna denies the allegations contained in paragraph 40 of the Complaint.

41.     Aetna denies the allegations contained in paragraph 41 of the Complaint.

42.     Aetna denies all allegations of the Complaint not specifically admitted herein.

### **AFFIRMATIVE DEFENSES**

For its defenses to the Complaint, Aetna states the following defenses. Where the substantive law so provides, Aetna does not assume the burden of proof on any of the following defenses:

1.     Plaintiff's Complaint fails to adequately plead personal jurisdiction over Aetna.

2.     Plaintiff's Complaint fails to state a claim upon which relief may be granted.

3.     On information and belief, Plaintiff's Complaint is barred by the insured's failure to exhaust administrative and/or contractual remedies.

4.     Upon information and belief, the insured was not qualified for benefits under the applicable health insurance plan.

5.     Plaintiff's claim as to Aetna is barred because there is no contract between Plaintiff and Aetna.

7

6. Plaintiff's Complaint is barred or may be barred by the doctrine of waiver.

7. Plaintiff's Complaint is barred or may be barred by the doctrine of laches.

8. Plaintiff's Complaint is barred or may be barred by the doctrine of estoppel.

9. Plaintiff's Complaint is barred because Aetna's actions were neither arbitrary nor capricious.

10. Plaintiff's Complaint is or may be barred by the statute of limitations and/or contractual limitations on the time for challenging determinations of benefits.

11. Plaintiff's Complaint is barred because Plaintiff has failed to mitigate its damages.

12. Plaintiff's Complaint is barred, in whole or in part, because the alleged services, her alleged damages and/or her claims do not fall within the coverage under the applicable health insurance plan.

13. Plaintiff's Complaint is barred because Aetna was not the proximate cause of injuries or losses, if any, suffered by Plaintiff and/or the insured.

14. Plaintiff's Complaint is barred because its alleged injuries and harms were caused, in whole or in part, by Plaintiff's own negligence or the acts of third parties.

15. Plaintiff's Complaint is barred as to Aetna because Aetna met all applicable legal duties to the extent it had any.

16. Plaintiff's Complaint is barred as to Aetna to the extent that the insured has insurance coverage through another plan or insurance policy that is primarily or otherwise responsible for the benefits Plaintiff seeks.

17. Plaintiff's Complaint is barred by any applicable set-offs.

18505014.1

18.     Plaintiff's Complaint is barred as to Aetna by any other matter constituting an avoidance or affirmative defense and Aetna reserves the right to assert the same.

WHEREFORE, having fully answered the Complaint, Aetna respectfully requests that the Court dismisses the Complaint and enter judgment for Aetna thereon, and award Aetna such other relief as this Court deems just and proper.

Respectfully submitted,

*/s/  Casey J McElfresh*
Casey J. McElfresh (0088083)
cmcelfresh@hahnlaw.com
Alexa R. Civittolo (0103370)
acivittolo@hahnlaw.com
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Phone: (216) 621-0150
Fax: (216) 241-2824

*Attorneys for Defendant*
*Aetna Inc.*

9

18505014.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Answer* was served via the

Court's electronic filing system this 14th day of March, 2025.

> */s/ Casey J. McElfresh*
> Casey J. McElfresh
> *One of Attorneys for Defendant*
> *Aetna Inc.*

18505014.1