## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE L. GRAY**, | ) | CASE NO. **1:25-cv-00008-MRB** |
| | ) | |
| Plaintiff, | ) | **JUDGE MICHAEL R. BARRETT** |
| v. | ) | |
| | ) | |
| **NATIONAL HEALTH INSURANCE** | ) | |
| **COMPANY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT NOTICE OF SETTLEMENT

The parties, by and through undersigned counsel, hereby notify the Court that they have amicably settled this matter and anticipate filing a notice of dismissal within sixty (60) days.  The Court shall retain jurisdiction over this action for the purposes of enforcing the above-referenced settlement agreement.

| | |
|---|---|
| /s/  Alissa J. Sammarco | /s/ Casey J. McElfresh (by email 7/28/2026) |
| Alissa J. Sammarco (0077563) | Casey J. McElfresh (0088083) |
| ajs@SammarcoLegal.com | cmcelfresh@hahnlaw.com |
| THE SAMMARCO LAW FIRM LLC | Alexa R. Civittolo (0103370) |
| 810 Sycamore Street, 5th Floor | acivittolo@hahnlaw.com |
| Cincinnati, Ohio 45202 | HAHN LOESER & PARKS LLP |
| Phone: (513) 763-7700 | 200 Public Square, Suite 2800 |
| Fax: (513) 763-7704 | Cleveland, Ohio 44114 |
| | Phone: (216) 621-0150 |
| *Attorneys for Plaintiff,* | Fax: (216) 241-2824 |
| *Michelle L. Gray* | |
| | *Attorneys for Defendants* |
| | *Aetna Inc. and Meritain Health, Inc.* |
| /s/ Keith S. Anderson (by email 7/28/2026) | |
| Keith S. Anderson (0078537) | |
| kanderson@bradley.com | |
| BRADLEY ARANT BOULT CUMMINGS LLP | |
| 1819 5th Avenue North | |
| Birmingham, Alabama 35203 | |
| Phone: (205) 521-8000 | |
| Fax: (205) 521-8800 | |

*Counsel for Defendant*
*National Health Insurance Company and on*
*behalf of Allstate Health Solutions*

21707793

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2026, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. All parties may access the filing through the Court's system.

**THE SAMMARCO LAW FIRM LLC**

*/s/ Alissa J. Sammarco*

Alissa J. Sammarco (0077563)
810 Sycamore Street, 5th Floor
Cincinnati, Ohio 45202
Phone: (513) 763-7700
Fax: (513) 763-7704
AJS@SammarcoLegal.com

*Attorneys for Plaintiff, Michelle L. Gray*

21707793